# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1337
_____

United States of America

*Plaintiff - Appellee*

v.

Robert Allen Joshua

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: March 16, 2026
Filed: May 21, 2026
[Unpublished]
_____

Before COLLOTON, Chief Judge, GRUENDER and KOBES, Circuit Judges.
_____

PER CURIAM.

Robert Joshua appeals after pleading guilty to possession of a firearm as an unlawful user of a controlled substance, 18 U.S.C. §§ 922(g)(3) and 924(a)(8). He argues that the district court[1] erred by denying his motion to dismiss the indictment

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

on the grounds that § 922(g)(3) is facially unconstitutional under <u>New York State Rifle & Pistol Ass'n v. Bruen</u>, 597 U.S. 1 (2022), and <u>United States v. Rahimi</u>, 602 U.S. 680 (2024). He acknowledges that this argument is foreclosed by our precedent, <u>see</u> <u>United States v. Veasley</u>, 98 F.4th 906, 908 (8th Cir. 2024), <u>cert. denied</u>, 145 S. Ct. 304 (2024); <u>see also</u> <u>United States v. Ledvina</u>, 166 F.4th 716, 721 (8th Cir. 2026) (collecting further cases), but asks that we overrule those decisions. This we cannot do. <u>Mader v. United States</u>, 654 F.3d 794, 800 (8th Cir. 2011) (en banc) ("It is a cardinal rule in our circuit that one panel is bound by the decision of a prior panel." (citation omitted)).

Affirmed.

_____